# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

~~MATTHEW RANKIN~~
Plaintiff

v.

~~3:26-cv-01594~~
Civil Action No.

~~CITY OF DALLAS AND DANIEL COMEAU~~
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

MATTHEW RANKIN

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

CITY OF DALLAS, DANIEL C. COMEAUX, TEXAS MUNICIPAL LEAGUE RISK POOL

| | |
|---|---|
| Date: | 05/15/2026 |
| Signature: | /s/ CJ Grisham |
| Print Name: | CJ Grisham |
| Bar Number: | 24124533 |
| Address: | 3809 S. General Bruce Dr Ste 10 |
| City, State, Zip: | Temple, Texas 76502 |
| Telephone: | 2544051726 |
| Fax: | |
| E-Mail: | cj@gfalaw.us |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.